# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICENTE WAYNE LADUA,

    Defendant.

Case No. 2:13-CR-00386-KJD-PAL

**ORDER**

    Defendant filed his Motion to Withdraw Guilty Plea (#50) on January 20, 2015.  Sentencing is set for January 27, 2015.  It is hereby ordered that the Government file its response in opposition no later than January 23, 2015.  Defendant's reply in support of his motion shall be filed no later than 12:00 P.M. on Monday, January 26, 2015.

**IT IS SO ORDERED.**

    DATED this 21st day of January 2015.


_____
Kent J. Dawson
United States District Judge