# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-CR-00386-KJD-PAL |
| v. | **ORDER** |
| VICENTE WAYNE LADUA, | |
| Defendant. | |

Presently before the Court is Defense Counsel's Motion to Withdraw as Attorney (#60). Judgement (#57) was entered against Defendant on February 3, 2015. It appears that Defendant seeks to file a petition under 28 U.S.C. § 2255. Therefore, the Motion to Withdraw (#60) is **GRANTED**.

Previously, the Court denied Defendant appointed counsel, because Defendant had not met his burden in establishing that denial of counsel in his 2255 would amount to denial of due process. The Court finds that Defendant has still not addressed this issue and therefore, has not met his burden requiring the Court to appoint counsel for Defendant.

DATED this 25th day of April 2016.

_____
Kent J. Dawson
United States District Judge